```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/24/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ANDREW TORO, on behalf of himself
and all others similarly situated,

                              Plaintiff,

                -against-

TRIPP NYC, INC.,

                              Defendants.
-----------------------------------------------------------------X

**24-CV-1768 (JHR) (KHP)**

**ORDER ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

In light of the Notice of Settlement filed on May 23, 2024 (doc. no 12) the Initial Case Management Conference currently scheduled for **June 12, 2024** is hereby adjourned *sine die*.

      **SO ORDERED.**

DATED:      New York, New York
                May 24, 2024

_____
KATHARINE H. PARKER
United States Magistrate Judge